Circuit Court of Appeals for the Fifth Circuit denied.
*Mr. C. Huffman Lewis* for petitioners.

No. 100.   HAWKE *v.* HELVERING, COMMISSIONER OF IN-
TERNAL REVENUE.   October 14, 1940.   Petition for writ
of certiorari to the Circuit Court of Appeals for the Ninth
Circuit denied.   *Mr. Alan W. Davidson* for petitioner.
*Solicitor General Biddle, Assistant Attorney General
Clark,. and Mr. Sewall Key* for respondent.

No. 101.   DUPONT *v.* COMMISSIONER OF INTERNAL REV-
ENUE.   October 14, 1940.   Petition for writ of certiorari
to the Circuit Court of Appeals for the Third Circuit
denied.   *Mr. Percy W. Phillips* for petitioner.   *Solicitor
General Biddle, Assistant Attorney General Clark,* and
*Messrs. Sewall Key, J. Louis Monarch, Morton K. Roths-
child,* and *Warner W. Gardner* for respondent.

No. 102.   ATLANTIC REFINING Co. *v.* JAMES B. BERRY
SONS' Co., INC.   October 14, 1940.   Petition for writ of
certiorari to the Circuit Court of Appeals for the Third
Circuit denied.   *Messrs. Theodore S. Kenyon, Roy W.
Johns,* and *Edgar F. Baumgartner* for petitioner.   *Messrs.
Thomas G. Haight* and *William F. Hall* for respondent.

No. 103.   ADLER'S CREAMERY, INC. *v.* UNITED STATES.
October 14, 1940.   Petition for writ of certiorari to the
Circuit Court of Appeals for the Second Circuit denied.
*Mr. Samuel Rubin* for petitioner.   *Solicitor General*